| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-15375-AMC**

TONI LYNNE SCOTT
4304 DUNGAN STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 07/29/2016
341 Hearing Date: 10/28/2016
Confirmation Date: 02/08/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $334.00 | | 03/19/2019 | $334.00 | | 04/15/2019 | $334.00 | |
| 06/10/2019 | $400.00 | | 07/24/2019 | $1,210.00 | | 08/05/2019 | $334.00 | |
| 09/06/2019 | $334.00 | | 10/01/2019 | $334.00 | 6217450000 | 10/31/2019 | $334.00 | 6291716000 |
| 12/03/2019 | $334.00 | 6375651000 | 01/07/2020 | $334.00 | 6465047000 | 02/25/2020 | $334.00 | 26230643763 |
| 03/09/2020 | $334.00 | 26346316004 | 04/06/2020 | $334.00 | 26230650930 | 05/06/2020 | $334.00 | 26588926528 |
| 06/16/2020 | $334.00 | 26588940377 | 07/14/2020 | $335.00 | 26710514054 | | | |

**Total Receipts for the Period: $6,621.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,279.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $350.28 | $0.00 | $350.28 |
| 3 | FEDERAL LOAN SERVICING<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHFA-HEMAP<br>»»  004 | Mortgage Arrears | $11,848.00 | $9,270.94 | $2,577.06 |
| 2 | CITY OF PHILADELPHIA (LD)<br>»»  002 | Secured Creditors | $3,564.59 | $2,789.26 | $775.33 |
| 5 | BRAD J SADEK ESQ<br>»»  005 | Attorney Fees | $1,889.00 | $1,889.00 | $0.00 |

Chapter 13 Case No. 16-15375-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,279.00 | Current Monthly Payment: | $334.00 |
| Paid to Claims: | $13,949.20 | Arrearages: | $333.00 |
| Paid to Trustee: | $1,329.80 | Total Plan Base: | $19,620.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.