| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-15375-AMC**

TONI LYNNE SCOTT
4304 DUNGAN STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 07/29/2016
341 Hearing Date: 10/28/2016
Confirmation Date: 02/08/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $334.00 | 6465047000 | 02/25/2020 | $334.00 | 26230643763 | 03/09/2020 | $334.00 | 26346316004 |
| 04/06/2020 | $334.00 | 26230650930 | 05/06/2020 | $334.00 | 26588926528 | 06/16/2020 | $334.00 | 26588940377 |
| 07/14/2020 | $335.00 | 26710514054 | 08/18/2020 | $334.00 | 26850304282 | 09/02/2020 | $335.00 | 26731472951 |
| 10/21/2020 | $335.00 | 26850319560 | 11/13/2020 | $336.00 | 26230688897 | 12/17/2020 | $335.00 | 27052750473 |
| 01/20/2021 | $336.00 | 27052755570 | 03/08/2021 | $336.00 | 26783891346 | 03/23/2021 | $337.00 | 26841784511 |
| 04/20/2021 | $337.00 | 27380550982 | 06/01/2021 | $337.00 | 27380570771 | | | |

**Total Receipts for the Period: $5,697.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,637.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $350.28 | $0.00 | $350.28 |
| 3 | FEDERAL LOAN SERVICING »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PHFA-HEMAP »» 004 | Mortgage Arrears | $11,848.00 | $11,415.26 | $432.74 |
| 2 | CITY OF PHILADELPHIA (LD) »» 002 | Secured Creditors | $3,564.59 | $3,434.40 | $130.19 |
| 5 | BRAD J SADEK ESQ »» 005 | Attorney Fees | $1,889.00 | $1,889.00 | $0.00 |

**Chapter 13 Case No. 16-15375-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,637.00 | Current Monthly Payment: | $334.00 |
| Paid to Claims: | $16,738.66 | Arrearages: | $315.00 |
| Paid to Trustee: | $1,595.04 | Total Plan Base: | $19,620.00 |
| Funds on Hand: | $303.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.