Certificate Number: 03088-PAE-DE-035893881

Bankruptcy Case Number: 16-15375



03088-PAE-DE-035893881

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on August 5, 2021, at 1:39 o'clock PM CDT, Toni L Scott completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 5, 2021               By:    /s/Brianna M Glynn

                                                      Name:  Brianna M Glynn

                                                      Title:   Counselor